**Order entered February 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00161-CV

## SKY GROUP, LLC, WILLIE JAMES HAYNES, II, AND BRITA MICHELLE HAYNES, Appellants

### V.

## VEGA STREET 1, LLC, VEGA STREET 2, LLC, AND VEGA STREET 3, LLC, Appellees

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-06391

## ORDER

After reviewing the record in this appeal, the Court notified the parties that it questioned whether the judgment in this case is final. Appellants and appellees each filed a letter brief addressing the jurisdictional issue. Appellants argued the trial court's judgment was not final because it failed to dispose of all of appellees' claims. Appellees asserted the judgment was final because they "intended to and did abandon their claim for common law fraud and their claim for exemplary damages under common law conversion of property," their intent was to obtain a final judgment, and the trial court's judgment reflects its intent to render a final, appealable order. In the alternative, appellees requested that, rather than dismissing this appeal, the Court abate the appeal to allow the trial court to either clarify "the Final Summary Judgment was indeed a final

order," or enter an "order of nonsuit as to Appellees' claims for common law fraud and exemplary damages under common law conversion of property."

On the Court's own motion, we **ABATE** this appeal for a period of thirty days to allow the trial court and the parties to take any steps they deem necessary to ensure there is a final judgment in this case. We **ORDER** appellees to file by March 9, 2018, a supplemental clerk's record containing any additional orders by the trial court, and either a reporter's record of any hearing held by the trial court or a notice to this Court that the trial court did not hold a hearing. We further **ORDER** that this appeal will be automatically reinstated on the earlier of (1) the date of filing of the supplemental clerk's record and either the reporter's record of any hearing held by the trial court or a notice to this Court that the trial court did not hold a hearing, or (2) March 9, 2018.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE